AO 91 (Rev. 10/95) Criminal Complaint

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**FILED**

JUN 0 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
v.
PERCY LOVE III

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:09-mj-183 KJM

I, Minerva Shelton, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief:

From at least in or about August 2008 through on or about February 12, 2009, in Sacramento County, in the State and Eastern District of California and elsewhere, Percy Love III did knowingly, and in and affecting interstate or foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person and benefitted, financially, from participation in a venture as described in this sentence, knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means would be used to cause the person to engage in a commercial sex act, and that the person who would be caused to engage in the commercial sex act has not attained the age of 18 years, in violation of 18 U.S.C. §§ 1591(a)(1) and (a)(2) – Sex Trafficking of Children by Force, Fraud or Coercion.

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

➤ **See attached Affidavit of Minerva Shelton, affixed hereto and fully incorporated herein.**

X  Continued on the attached sheet and made a part hereof.

_____
Minerva Shelton, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

June 5, 2009                                at    Sacramento, California
Date                                                City and State

Kimberly J. Mueller, United States Magistrate Judge      _____

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Minerva Shelton, being duly sworn, hereby depose and state,

I am a Special Agent of the Federal Bureau of Investigation (FBI), and have been so employed for seven years. I attended the FBI academy from January 2002 to May 2002. Prior to being employed by the FBI, I was a police officer with the El Paso Police Department for five years. I attended the El Paso Police Academy from January 1997 to May 1997. I am currently assigned to the FBI's Sacramento Division and investigate violent crimes. Since January 2006, I have been involved in the investigation of sexual exploitation of children (SEOC) violations of federal law. I have attended numerous hours of training regarding child prostitution and the issues regarding victims of such crimes. As a police officer, I have interviewed numerous juveniles who were victims of sexual exploitation. During my tenure as a Special Agent, I have conducted and participated in numerous investigations involving juvenile prostitution and the sex trafficking of children.

As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

I am currently conducting a criminal investigation regarding the sex trafficking of children in violation of 18 U.S.C. §§ 1591 (a)(1) and (a)(2).

I am submitting this affidavit in support of a complaint against and arrest warrant for **PERCY LOVE III**.

The statements in this affidavit are based on my training, experience, and investigation and also on the investigation, training

1

and experience of other law enforcement officers who have been assisting in this matter. Since this affidavit is submitted for the limited purpose of an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have only set forth the facts I believe are necessary to establish probable cause to believe that Percy Love has violated 18 U.S.C. §§ 1591 (a)(1) and (a)(2), relating to sex trafficking of children.

## APPLICABLE STATUTE

This investigation concerns alleged violations of 18, U.S.C. §§ 1591(a)(1) and (a)(2), relating to sex trafficking of children. The statute reads, in pertinent part:

(a) Whoever knowingly -

(1) in or affecting interstate or foreign commerce,... recruits, entices, harbors, transports, provides, obtains, or maintains by any means a person; or

(2) benefits, financially or by receiving anything of value, from participation in a venture which engaged in an act described in paragraph (1),

knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion ..., or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in commercial sex act....

## STATEMENT OF PROBABLE CAUSE

Over the past few years, child prostitution cases have increased in the Sacramento area. To combat this growing problem, the Crimes Against Children Task Force (CACTF) conducts undercover operations in and around the Sacramento area. The purpose of these operations is

2

1  to target individuals and organized groups involved in the business
2  of sex trafficking of minors.

3  On or about February 12, 2009, I learned from FBI Task Force
4  Officer (TFO) Derek Stigerts, a detective with the Sacramento Police
5  Department (SPD), that he had received an email from an
6  administrative analyst at SPD indicating that a male named John L.,
7  with an address in Sacramento, California, went to the SPD and
8  alerted officers that he believed his "sister" Brittany L., 16, was
9  possibly involved in prostitution. According to John L.'s statement,
10 Brittany had recently purchased provocative clothing and was
11 receiving numerous phone calls from different phone numbers. John L.
12 identified Brittany's cell phone number as 916-XXX-9830. Ultimately,
13 during an interview with "Brittany", who is actually LB, she
14 indicated that she does not have a brother. It is my opinion that
15 John L. may have been a remorseful john.

16 The Craigslist erotic section has a search engine that allows
17 individuals to use different information, such as phone numbers or
18 names, to look for particular ads. On February 12, 2009, TFO
19 Stigerts searched Craigslist.com using the phone number 916-XXX-9830
20 as the search term. TFO Stigerts located a prostitution-related
21 advertisement for a female named "Brittany" with the phone number of
22 916-XXX-9830.

23 Based on the fact that I have conducted numerous investigations
24 involving juvenile prostitution and sex trafficking of children, I am
25 aware that pimps often use web sites such as Craigslist.com and
26 Sfredbook.com to exploit these minors.

27 On February 12, 2009, at approximately 5:30 p.m., TFO Stigerts
28 and I commenced an undercover operation to locate Brittany. TFO

1  Stigerts made a call to 916-XXX-9830, but it went directly to voice
2  mail.  TFO Stigerts, in an undercover capacity, left a voice message,
3  and a female who identified herself as "Brittany" subsequently called
4  him back at approximately 5:35 p.m.  Brittany advised she was
5  available for an "in-call" and was staying at a hotel in the Arden
6  area of Sacramento.  I know that the term "in-call" is
7  used to indicate to johns that they are to meet the prostitute at her
8  location.

9      At approximately 6:25 p.m., TFO Stigerts called the number again
10 and spoke to the same female who had answered the phone previously.
11 "Brittany" said she was at Leisure Lane Road and directed the UC to
12 call back when in the area.  A short time later, TFO Stigerts called
13 back and Brittany said that she was staying at the Radisson Hotel,
14 room 506, 500 Leisure Lane, Sacramento, California.

15     On the evening of February 12, 2009, TFO Stigerts met with
16 Brittany in room 506.  After a short conversation, they verbally
17 agreed that she would have sex with him for money.  TFO Stigerts gave
18 the arrest signal, at which time I and SA Winifred Payne and TFO
19 Jeffrey Morris, SPD, entered the room.  Brittany attempted to run,
20 but TFO Morris detained her and TFO Stigerts and I handcuffed her in
21 the parking lot of the hotel.  TFO Morris recognized Brittany's
22 tattoo and realized that he had law enforcement contact with Brittany
23 in the past regarding prostitution.  TFO Morris ultimately
24 identified "Brittany" as LB, age 17.

25     LB refused to cooperate and would not provide information about
26 her pimp.  At the time of the detention, LB was angry and upset.  SA
27 Payne and I transported LB to juvenile hall.  While in the waiting
28 room, LB, then calmed down, spoke with me.  I asked LB if I could

visit with her in the future, and she agreed.

On February 13 and 19, 2009, I met with LB at juvenile hall. On both visits, LB did not provide any information about her pimp.

On March 9, 2009, FBI Victim Services Coordinator Rachel Pierce informed me that LB had requested to speak to me because she was ready to talk about her pimp. LB had been transferred to the Warren E. Thorton (WET) Youth Center in Sacramento, California.

On March 9, I met with LB and she said, in pertinent part, that on the night she was arrested, she had just left the DoubleTree Hotel with her friend Hedi (Last Name Unknown), a Hispanic male. Hedi was also a pimp; he is now deceased. In a later interview, LB said she had contacted Hedi because Percy Love III, her pimp at the time, had beaten her while staying at the DoubleTree Hotel in Sacramento, California. LB left with Hedi because she was "tired of it all" and did not want to work for Love anymore.

During an interview on April 1, 2009, LB said that she had met Love initially a few weeks prior to August 22, 2008, in Sacramento. She also said that Love goes by the nickname "PL". When they met, Love asked LB how old she was, and she told him that she was 16. On August 22, 2008, LB ran away from home and began prostituting herself for Love.

LB stated during an interview on May 31, 2009, that on August 22, 2008, she called Love from her home phone and he picked her up in a rental car. Love drove her to the Good Nite Inn located in Sacramento, California. LB advised TFO Stigerts during the interview that Love used a laptop computer to post ads for LB's services on Craigslist. LB said that Love created the erotic services/prostitution ad for LB and used his cell phone number on the ad. LB

said that Love also gave her Trojan condoms to use during the "tricks". I know from a previous investigation that Trojan condoms are not manufactured in California.

LB's first john as a prostitute for Love was a man located in or near El Dorado Hills, California. Love drove LB to meet with the john. LB could not recall the address where she met the john or the phone number used in the Craigslist ad. LB had vaginal and oral sex with the El Dorado Hills john in exchange for $500. LB gave all the money to Love. LB asked Love, who had remained at the location, to drive her home because it was past her curfew, as she was on probation. LB estimated that the hour had been approximately 11:30 p.m. or midnight. Love said something to the effect, "If you go home, you are going to be in trouble, so why go home?" Love convinced LB to stay with him and not go back home.

LB stayed with Love that night and they had sexual intercourse in his car. Afterward, Love and LB went back to the Good Nite Inn in Sacramento to spend the night. According to LB, during the time she worked for Love, from approximately August 2008 through February 12, 2009, Love would also take LB to the San Francisco Bay area to work as a prostitute. Love took LB to cities such as Fairfield, Freemont, and San Francisco, California.

On April 1, 2009, TFO Stigerts met with management at the Good Nite Inn, located at 25 Howe Avenue, Sacramento, California. Management provided TFO Stigerts with one hotel receipt under the name of Percy Love III, 324 XXXX Court, Suisun, California. According to DMV, this address is on Percy Love's driver's licence and it also is the address for Love's mother. The hotel receipt

1  indicated a stay at the hotel for the period September 29-30, 2008.
2       LB said that Love had prostituted her in various hotels in the
3  Sacramento area.  In or about May 2009, LB showed me and TFO Stigerts
4  where she had turned tricks.  One of the hotels LB identified was the
5  Best Western Cal-Expo Inn and Suites, located on Howe Avenue in
6  Sacramento.  LB said she recalled renting the room using a fake
7  identification with the name "Mayra Salas".  Love gave LB the fake
8  identification.  LB told the me that Love prostituted her repeatedly
9  at this hotel and the money she earned went to Love.  LB said both
10 she and Love stayed in the room.
11      On April 1, 2009, TFO Stigerts contacted the manager of the Best
12 Western Cal-Expo Inn and Suites, located at 1413 Howe Avenue,
13 Sacramento, California.  The manager said that a room had been rented
14 under the name "Mayra Salas" for the dates January 22-24, 2009.  On
15 May 26, 2009, TFO Stigerts met with the front desk clerk of the Best
16 Western who believed she could identify "Salas".  TFO Stigerts showed
17 her a "six-pack" photo spread, and the desk clerk positively
18 identified the photograph of LB as the person who rented the room as
19 "Mayra Salas".  According to the manager of the Best Western Cal-Expo
20 Inn and Suites, approximately 30 to 50% of their clients are from out
21 of state.  Additionally, on June 5, 2009, I confirmed that one can
22 reserve a room at the Best Western via the Internet web site
23 Expedia.com.
24      By February 11, 2009, Love and LB had returned to Sacramento so
25 that LB could turn tricks in the area.  LB also said during her
26 interview that she had observed Love ask Tanisha W., an acquaintance
27 and possibly a "provider" of Love's, to rent a room at the DoubleTree
28 Hotel in Sacramento.  LB said that on February 11, she turned several

tricks in the rented hotel room and all the money she earned went to Love.  While staying at the DoubleTree, Love assaulted LB.  LB said that Love punched her on the chest and slapped her across the face.  LB said that she had been assaulted because she did something wrong.

DoubleTree Hotel management later provided me with a hotel receipt for a "Tanisha W.", dated February 11, 2009.  Additionally, the receipt indicated that the occupants of the room had accessed the Internet.  The DoubleTree Hotel is located at 2001 Point West Way, Sacramento, California.  According to the general manager of the DoubleTree Hotel, that particular hotel is a franchise and the owners live in Texas.

On May 9, 2009, LB ran away from her mother's house while on a home pass from the WET Youth Center.  On that same day, LB's mother, AG, called TFO Stigerts and advised him LB had run away from home.  AG had kept in touch with TFO Stigerts in order to update him on LB's whereabouts.  AG further advised that LB had been using AG's cell phone while at home.  AG's cell phone number is 916-XXX-4146, and Sprint/Nextel is the service provider.  Sprint/Nextel is headquartered in Overland Park, Kansas.  AG found several outgoing calls made on May 8, 2009 in the dialed calls log of her cell phone.  The dialed call log for that day included a call to 415-XXX-4636, which TFO Stigerts recognized as Love's cell phone number.  TFO Stigerts recognized the number because it had been previously identified as Love's by another minor prostitute, KJ, who had spoken with TFO Stigerts as part of an earlier sting operation.  An administrative subpoena to T-Mobile showed that the phone number was registered to Percy Love's mother.

On May 30, 2009, in my and TFO Stigerts' presence, LB made a

1  consensually monitored phone call to Love's cell phone using AG's
2  Sprint cell phone.  We had LB use AG's cell phone for this call
3  because that was the phone she had used on May 8, and Love would not
4  be suspicious of this number.  The call did not connect.  LB then
5  called Lacey C., 19, another of Love's prostitutes.  Lacey's number
6  is 925-XXX-5014.  During the interview where she provided Love's cell
7  phone number, KJ also provided TFO Stigerts with Lacey's cell phone
8  number.  LB briefly spoke to Lacey, who told LB to call 916-XXX-2014.
9  LB called the number, and Love answered.  At the beginning of the
10 call LB greeted Love by his nickname "PL".  LB identified herself by
11 her first name.

12       During the call on May 30, Love asked LB what was going on.  LB
13 stated she was on a home pass and stated something to the effect of,
14 "You already know I'm trying to sell this pussy."  Love replied, "Oh
15 shit.  Oh shit.  I'm on my way."  Love said he had to do a few things
16 but then would be on his way to pick her up.  LB told Love that she
17 could not leave that day but asked Love to pick her up the following
18 weekend.  Love replied, "For sure."  LB told Love that she was going
19 to run away and wanted to be on the run until she was 18.  Love
20 replied, "Man, that's good."

21       Tonight, June 5, 2009, LB will make a consensually monitored
22 call in TFO Stigerts' presence.  We anticipate that Love will want to
23 pick up LB in order to prostitute her again when LB tells him that
24 she is being released from juvenile hall.  In actuality, LB will
25 remain in juvenile hall and Love will be arrested at an off-site
26 location~~, if he indicates that he wants to pick up LB so she can~~
27 ~~"work" for him.~~
28 ///

CONCLUSION

Based on the information contained herein, as well as my training and experience, I respectfully assert that probable cause exists to believe that Percy Love III is involved in trafficking of minors for the purpose of prostitution, in violation of 18 U.S.C. §§ 1591(a)(1) and (a)(2).

For this reason, I respectfully request that the Court issue a complaint against and an arrest warrant for Percy Love III. Additionally, I request that the Court order the complaint and arrest warrant sealed until Monday, June 8, 2009, when we anticipate Love will make his initial appearance before the duty magistrate judge, *or until his arrest which ever is sooner. MS.* If the complaint is made public before Love can be arrested, he may flee the jurisdiction.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Minerva Shelton, Special Agent
Federal Bureau of Investigation

Read and approved as to form:

Ellen V. Endrizzi
Assistant U.S. Attorney

Sworn and subscribed to before me this 5th day of June, 2009

HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge

10