IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　v.<br><br>PERCY LOVE III,<br><br>　　　　Defendant. | No. 2:09-mj-183 KJM<br><br>**ORDER** |

For good cause shown, the complaint against Percy Love III, in case number 2:09-mj-183 KJM, is hereby ordered DISMISSED.

The United States Marshal is ordered to release Mr. Love from custody forthwith.

IT IS SO ORDERED.

Dated:  June 17, 2009.

_____
U.S. MAGISTRATE JUDGE